UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHANDELL MARIE BRADLEY, ET AL. | CIVIL ACTION NO. 6:15-cv-09459 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| LOUIS M. ACKAL, ET AL. | BY CONSENT OF THE PARTIES |

## MINUTES

At the request of the plaintiffs' counsel, a telephone status conference was held on September 28, 2016, starting at 11:00 a.m. and ending at 11:15 a.m.[1] Participating in the conference, along with the undersigned, were the plaintiffs' counsel, Carol D. Powell-Lexing, and the defendants' counsel, Fred Schroeder.

Counsel again discussed the challenge presented by the criminal prosecution of Iberia Parish Sheriff Louis M. Ackal and several of his deputies with regard to obtaining discovery in this lawsuit. Ms. Lexing also explained that the White family is considering asking the Department of Justice to reopen the investigation into Victor White, III's death. Ms. Lexing requested that the deadline for expert reports be extended. Mr. Schroeder did not object to the requested extension. However, he requested corresponding extensions of the deadlines for discovery and dispositive motions. The importance of maintaining the current trial date was discussed. It was

---

[1] Statistical time: fifteen minutes.

decided that the deadlines for the plaintiffs' experts, the defendants' experts, discovery, and dispositive motions will all be extended by thirty days. Additionally, it was agreed that Ms. Lexing will advise the undersigned, not later than the close of business on Friday, October 14, 2016, whether the Whites will be requesting that the Justice Department reopen the investigation.

       A separate order will be issued.

       Signed at Lafayette, Louisiana, this 28th day of September 2016.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE