UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

SHANDELL MARIE BRADLEY,              CIVIL ACTION NO. 6:15-cv-00459
TUTRIX ON BEHALF OF HER
MINOR CHILD, A.J.W.

VERSUS                               MAGISTRATE JUDGE HANNA

LOUIS M. ACKAL AND                   BY CONSENT OF THE PARTIES
JUSTIN ORTIS

## ORDER OF DISMISSAL

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within sixty days, to reassert the claims if completion of the termination process is not finalized.

IT IS FURTHER ORDERED that the parties are to submit to this Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within sixty days of entry of this judgment.

Signed at Lafayette, Louisiana, this 15th day of March 2018.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE