UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISON

| | | |
|---|---|---|
| SHANDELL MARIE BRADLEY | * | CASE NO.: 6:15-CV-0459 |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE HANNA |
| | * | |
| LOUIS M. ACKAL, ET AL | * | |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO INTERVENE TO ADDRESS ACCESS ISSUES

**NOW INTO COURT**, through undersigned counsel, come Capital City Press, LLC d/b/a The Advocate and KATC Communications, LLC ("Movants"), who, pursuant to Fed. R. Civ. P. 24, hereby move to intervene in the above-captioned case for the purpose of asserting the public's right of access to the amount of the settlement reached in this matter, and, more specifically, to seek vacatur of the Court's March 15, 2018 Order (Rec. Doc. 142) sealing the settlement in this matter. Movants seek intervention for all the reasons asserted in the attached memorandum in support, and pray for the same relief.

Respectfully submitted:

**STERNBERG, NACCARI & WHITE, LLC**

/s/ Scott L. Sternberg_____
**SCOTT L. STERNBERG, T.A.** La. Bar No. 33390
**MICHAEL S. FINKELSTEIN**, La. Bar No. 35476
643 Magazine Street, Suite 402
New Orleans, Louisiana 70130
Telephone: 504.324.2141
Facsimile:  504.534.8961
scott@snw.law | michael@snw.law

1

*Attorneys for Capital City Press, LLC d/b/a The Advocate and KATC Communications, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all parties or their counsel of record by the Court's CM/ECF system on July 19, 2018.

/s/ Scott L. Sternberg
STERNBERG, NACCARI & WHITE, LLC

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.6, I hereby certify that Movants advised Counsel of Record for all Parties of their intent to file the instant motion via e-mail on July 14, 2018.  Counsel for Defendant Louis Ackal certified via e-mail on July 17, 2018 that he did not object to seeking clarification of the March 15, 2018 Order sealing the Settlement. No other counsel responded before the filing of this Motion.

/s/ Scott L. Sternberg
STERNBERG, NACCARI & WHITE, LLC

2