UNITED STATES DISTRICT COURT
WESTERN DIVISION OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHANDELL MARIE BRADLEY, ET AL. | CIVIL ACTION NO. 6:15-cv-00459 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| LOUIS ACKAL, ET AL. | BY CONSENT OF THE PARTIES |

## ORDER

For the reasons set forth on the record during the oral argument on July 26, 2018,

IT IS ORDERED that the motion to intervene (Rec. Doc. 144), which was filed on behalf of Capital City Press, LLC d/b/a The Advocate and KATC Communications, LLC is GRANTED.

IT IS FURTHER ORDERED that the intervenors shall file a brief, not later than the close of business on Friday, August 3, 2018, addressing the merits of their request for disclosure of the amount paid by the defendants in settlement of the plaintiff's claim. In particular, the intervenors' brief shall address (a) whether they are requesting that the court's order sealing the recording of the parties' placing of the settlement agreement on the record be vacated or whether they are requesting that this Court order the defendants to reveal the amount of the settlement; (b) whether Louisiana's public records laws or sunshine laws are applicable to this dispute; (c) how this Court should balance the public's interest in knowing the

amount of the settlement, the minor plaintiff's interest in being protected from disclosure of the amount of the settlement, and the court's interest in protecting the judicial process; and (d) any other relevant factors.

IT IS FURTHER ORDERED that the plaintiff shall have not more than ten days to file a responsive brief, addressing the same issues.

IT IS FURTHER ORDERED that no reply briefs will be permitted, no further oral argument will be held, and a ruling on the merits of the intervenors' claim will be issued in due course.

Signed at Lafayette, Louisiana, this 26th day of July 2018.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE