UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISON

| | | |
|---|---|---|
| SHANDELL MARIE BRADLEY | * | CASE NO.: 6:15-CV-0459 |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE HANNA |
| | * | |
| LOUIS M. ACKAL, ET AL | * | |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

## MOTION TO VACATE ORDER

**NOW INTO COURT**, through undersigned counsel, come Capital City Press, LLC d/b/a The Advocate and KATC Communications, LLC ("Movants"), who hereby move this Honorable Court to vacate its March 15, 2018 Order (Rec. Doc. 142) sealing the settlement in this matter. Movants seek this relief for all the reasons asserted in the attached memorandum in support and pray for the same relief.

Respectfully submitted:

**STERNBERG, NACCARI & WHITE, LLC**

/s/ Scott L. Sternberg_____
**SCOTT L. STERNBERG**, **T.A.** La. Bar No. 33390
**MICHAEL S. FINKELSTEIN**, La. Bar No. 35476
643 Magazine Street, Suite 402
New Orleans, Louisiana 70130
Telephone: 504.324.2141
Facsimile:   504.534.8961
scott@snw.law | michael@snw.law

*Attorneys for Capital City Press, LLC d/b/a The Advocate and KATC Communications, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all parties or their counsel of record by the Court's CM/ECF system on July 19, 2018.

/s/ Scott L. Sternberg
**STERNBERG, NACCARI & WHITE, LLC**